UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHRISTOPHER BRIAN KINDER, | Case No. 3:16-cv-00449-MMD-VPC |
| Petitioner, | ORDER |
| v. | |
| ROBERT LEGRAND, *et al.*, | |
| Respondents. | |

Petitioner's unopposed motion for an extension of time (ECF No. 19) is granted. Petitioner will have until April 27, 2018, to file an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

It is so ordered.

DATED THIS 27th day of February 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE