UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHRISTOPHER BRIAN KINDER,<br><br>Petitioner,<br>v.<br>ROBERT LEGRAND, *et al.*,<br><br>Respondents. | Case No. 3:16-cv-00449-MMD-VPC<br><br>ORDER |

It is ordered that Petitioner's second unopposed motion for an extension of time (ECF No. 21) is granted. Petitioner will have until May 29, 2018, to file an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

DATED THIS 27th day of April 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE