UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHRISTOPHER BRIAN KINDER,<br><br>  Petitioner,<br>  v.<br><br>ROBERT LEGRAND, *et al.*,<br><br>  Respondents. | Case No. 3:16-cv-00449-MMD-VPC<br><br>ORDER |

Good cause appearing, Petitioner's third unopposed motion for an extension of time (ECF No. 23) is granted. Petitioner will have until July 13, 2018, to file an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

DATED THIS 25th day of May 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

1