# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHRISTOPHER BRIAN KINDER, | Case No. 3:16-cv-00449-MMD-VPC |
| Petitioner, | ORDER |
| v. | |
| ROBERT LEGRAND, *et al.*, | |
| Respondents. | |

This counseled habeas petition comes before the Court on Petitioner's motion for leave to file Exhibit 18 under seal (ECF No. 27). Exhibit 18 is the Petitioner's presentence investigation report, which is a confidential document. In accordance with the requirements of *Kamakana v. City and Cty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), the Court finds that a compelling need to protect the privacy and/or personal identifying information of Petitioner in the sealed exhibit outweighs the public interest in open access to court records.

It is therefore ordered that the motion for leave to file Exhibit 18 under seal (ECF No. 27) is granted, and Exhibit 18 is considered properly filed under seal.

DATED THIS 12th day of July 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE