UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHRISTOPHER BRIAN KINDER,<br><br>　　　　　Petitioner,<br>　　v.<br>ROBERT LEGRAND, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:16-cv-00449-MMD-VPC<br><br>ORDER |

It is ordered that Respondents' unopposed motion for enlargement of time (ECF No. 30) is granted. Respondents will have until October 11, 2018, to file a response to Petitioner's amended petition for writ of habeas corpus.

DATED THIS 28th day of August 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE