UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CHRISTOPHER BRIAN KINDER,

                    Petitioner,

          v.

ROBERT LEGRAND, *et al.*,

                    Respondents.

Case No. 3:16-cv-00449-MMD-CBC

ORDER

It is ordered that Petitioner's unopposed motion for extension of time (ECF No. 43) is granted. Petitioner will have until January 14, 2019, to file an opposition to the Respondents' motion to dismiss.

DATED THIS 13th day of December 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE