UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHRISTOPHER BRIAN KINDER,<br><br>Petitioner,<br><br>v.<br><br>ROBERT LEGRAND, *et al.*,<br><br>Respondents. | Case No. 3:16-cv-00449-MMD-CBC<br><br>ORDER |

It is ordered that Respondents' unopposed motion for extension of time (ECF No. 47) is granted. Respondents will have until February 14, 2019, to file a reply to the opposition to the motion to dismiss in this case.

DATED THIS 18th day of January 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE