UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHRISTOPHER BRIAN KINDER,<br><br>　　　　　　　Petitioner,<br>　v.<br>ROBERT LEGRAND, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:16-cv-00449-MMD-CBC<br><br>ORDER |

Good cause appearing, it is ordered that Respondents' second unopposed motion for enlargement of time (ECF No. 49) is granted. Respondents will have until March 18, 2019, to file a reply to the opposition to the motion to dismiss in this case.

DATED THIS 14th day of February 2019.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE