# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER BRIAN KINDER,<br><br>Petitioner,<br>v.<br><br>ROBERT LEGRAND, *et al.*,<br><br>Respondents. | Case No. 3:16-cv-00449-MMD-CBC<br><br>ORDER |

Good cause appearing, it is ordered that Respondents' third unopposed motion for enlargement of time (ECF No. 51) is granted. Respondents will have until April 17, 2019, to file a reply to the opposition to the motion to dismiss in this case.

DATED THIS 19th day of March 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE