UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER BRIAN KINDER,<br><br>    Petitioner,<br>v.<br>ROBERT LEGRAND, *et al.*,<br><br>    Respondents. | Case No. 3:16-cv-00449-MMD-CBC<br><br>ORDER |

Good cause appearing, it is ordered that Respondents' fourth unopposed motion for enlargement of time (ECF No. 53) is granted. Respondents will have until April 24, 2019, to file a reply to the opposition to the motion to dismiss in this case.

DATED THIS 18th day of April 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE