# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHRISTOPHER BRIAN KINDER, | Case No. 3:16-cv-00449-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| ROBERT LEGRAND, *et al.*, | |
| Respondents. | |

This habeas matter before the Court is Respondents' unopposed motion for enlargement of time (ECF No. 69 ("Motion")) seeking an additional 59 days to file a response to the Second Amended Petition. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the Motion. Fed. R. Civ. P. 6(b)(1)(A); LR IA 6-1.

It is therefore ordered that the Unopposed Motion for Enlargement of Time to File Response to Second Amended Petition for Writ of Habeas Corpus (ECF No. 69) is granted *nunc pro tunc*. Respondents have through July 17, 2026, to file a response to the Second Amended Petition.

DATED THIS 21st Day of May 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE