UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CHRISTOPHER BRIAN KINDER,

Petitioner,

v.

ROBERT LEGRAND, *et al.*,

Respondents.

Case No. 3:16-cv-00449-MMD-CLB

ORDER

This habeas matter is before the Court on Respondents' second unopposed motion for enlargement of time (ECF No. 72 ("Motion")) seeking an additional 45 days to file a response to the Second Amended Petition. The Court finds the Motion is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. Fed. R. Civ. P. 6(b)(1)(A); LR IA 6-1.

It is therefore ordered that the Unopposed Motion for Enlargement of Time to File Response to Second Amended Petition for Writ of Habeas Corpus (Second Request) (ECF No. 72) is granted. Respondents have through August 31, 2026, to file a response to the Second Amended Petition.

DATED THIS 27th Day of July 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE