UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHRISTOPHER KINDER, Petitioner, v. ROBERT LEGRAND, *et. al.*, Respondents. | Case No. 3:16-CV-00449-MMD-CLB ORDER |

This habeas matter is before the Court on Respondents' third unopposed motion for enlargement of time (ECF No. 74 ("Motion")) seeking an additional 30 days to file a response to the Second Amended Petition. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. *See* Fed. R. Civ. P. 6(b)(1)(A); LR IA 6-1.

It is therefore ordered that the Unopposed Motion for Enlargement of Time to File Response to Second Amended Petition for Writ of Habeas Corpus (Third Request) (ECF No. 74) is granted. Respondents have through September 30, 2026, to file a response to the Second Amended Petition.

DATED THIS 4th Day of September 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE