UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHRISTOPHER KINDER,<br>Petitioner,<br>v.<br>ROBERT LEGRAND, *et al.*,<br>Respondents. | Case No. 3:16-cv-00449-MMD-CLB<br>ORDER |

This habeas matter is before the Court on Petitioner's first unopposed motion for extension of time (ECF No. 79 ("Motion")) seeking an additional 60 days to file an opposition to the Motion to Dismiss the Second Amended Petition. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. *See* Fed. R. Civ. P. 6(b)(1)(A); LR IA 6-1.

It is therefore ordered that the Unopposed Motion for Extension of Time to File an Opposition to Motion to Dismiss (First Request) (ECF No. 79) is granted. Petitioner has through December 13, 2026, to file an opposition to the Motion to Dismiss the Second Amended Petition.

DATED THIS 16th Day of October 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE